**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS EDWARD KING, JR.<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>E. VALENZUELA, Warden, et al.,<br><br>　　　　　　Defendants. | Case No. CV 15-2788-CAS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge, which was filed on April 21, 2016. See 28 U.S.C. § 636. Plaintiff's objections to the R&R were due on May 11, 2016. To date, he has not filed any objections or requested an extension of time in which to do so. On May 17, 2016, he filed a notice stating that he had a new address as of May 11, which was well after when he was served with the R&R. No mail has been returned to the Court as undeliverable. Moreover, Plaintiff has a history of failing to respond to or comply with court orders. Accordingly, the Court accepts the findings and recommendations of the Magistrate Judge.

1

1    IT THEREFORE IS ORDERED that this action is dismissed for
2 failure to prosecute and for the reasons stated in the January
3 29, 2016 dismissal order.

DATED: May 31, 2016

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

2