# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD KING, JR., | ) Case No. CV 15-2788-CAS (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| E. VALENZUELA, Warden, et al., | ) |
| Defendants. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 31, 2016

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE